LIGHT & POWER COMPANY ET AL.   June 12, 1916.   Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied.   *Mr. Charles E. Rushmore* and *Mr. Wilton J. Lambert* for the petitioners.   *Mr. James H. Richards* and *Mr. Oliver O. Haga* for the respondents.

---

No. 1040.   GRAND TRUNK RAILWAY COMPANY, PETITIONER, *v.* THE UNITED STATES.   June 12, 1916.   Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied.   *Mr. G. W. Kretzinger, Jr.,* for the petitioner.   No brief filed for respondent.

---

No. 1042.   WILLIAM E. D. STOKES ET AL., PETITIONERS, *v.* HOWARD H. WILLIAMS ET AL.   June 12, 1916.   Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied.   *Mr. Charles L. Craig* for the petitioners.   *Mr. Albert C. Wall, Mr. Howard H. Williams* and *Mr. George C. Kobbe* for the respondents.

---

No. 1045.   TRUSSED CONCRETE STEEL COMPANY, PETITIONER, *v.* CORRUGATED BAR COMPANY.   June 12, 1916.   Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied.   *Mr. Fred L. Chappell* and *Mr. William S. Hodges* for the petitioner.   *Mr. James A. Carr* for the respondent.

---

No. 1050.   THE L. P. & J. A. SMITH COMPANY, PETITIONER, *v.* CALUMET TRANSIT COMPANY, ETC.   June 12, 1916.   Petition for a writ of certiorari to the United States